IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| BRIAN ROBERTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 325-032 |
| | ) | |
| KOCHELLE WATTSON, Warden; | ) | |
| WILLIE CARR, Deputy Warden; | ) | |
| CHABARA C. BRAGG, Deputy Warden; | ) | |
| and TIFFANY SAILEM, Unit Manager of | ) | |
| Medical, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Plaintiff filed the above-captioned case pursuant to 42 U.S.C. § 1983 and requested permission to proceed *in forma pauperis* ("IFP"). On April 2, 2025, the Court granted Plaintiff's IFP request, subject to returning his Prisoner Trust Fund Account Statement and Consent to Collection of Fees forms within thirty days, and the Clerk of Court served Plaintiff at his place of incarceration when he commenced the case, Johnson State Prison ("JSP"). (See doc. no. 7.) Plaintiff has now submitted a letter to the Clerk of Court explaining he was transferred to Riverbend Correctional Facility, but prison officials at JSP kept his IFP paperwork. (See doc. no. 8.) In his letter, Plaintiff requests another copy of the IFP paperwork and an extension of time to return the documents.

Upon consideration, the Court **DIRECTS** the **CLERK** serve Plaintiff at his new address with another copy of the Court's April 2nd Order and attachments and **GRANTS** an

extension of the deadline to return the required Prisoner Trust Fund Account Statement and Consent to Collection of Fees forms through and including June 13, 2025.

Finally, if Plaintiff wants the Court to take any action in this case in the future, he must file a properly captioned motion and may not simply write letters to the Clerk of Court. See In re Unsolicited Letters to Federal Judges, 120 F. Supp. 2d 1073, 1074 (S.D. Ga. 2000).

SO ORDERED this 14th day of May, 2025, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA