IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| BRIAN ROBERTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 325-032 |
| | ) | |
| KOCHELLE WATTSON, Warden; | ) | |
| WILLIE CARR, Deputy Warden; | ) | |
| CHABARA C. BRAGG, Deputy Warden; | ) | |
| and TIFFANY SAILEM, Unit Manager of | ) | |
| Medical, | ) | |
| | ) | |
| Defendants. | ) | |

**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff was incarcerated at Johnson State Prison when he commenced the above-captioned case *pro se* and requested permission to proceed *in forma pauperis* ("IFP"). On April 2, 2025, the Court directed Plaintiff to return his Prisoner Trust Fund Account Statement and Consent to Collection of Fees forms within thirty days and advised Plaintiff all prisoners, even those proceeding IFP, must pay the filing fee of $350.00 in full. (See doc. no. 7, pp. 1-3); 28 U.S.C. § 1915(b)(1). Plaintiff was cautioned failure to respond would be an election to have this case voluntarily dismissed without prejudice. (See doc. no. 7, p. 4.) After Plaintiff submitted a change of address, on May 14, 2025, the Court directed the Clerk to serve Plaintiff with another copy of the Order granting permission to proceed IFP and the requisite paperwork at his new location, Riverbend Correctional Facility. (See doc. nos. 8, 9.) The Court also extended the deadline to return the IFP paperwork through and including June 13, 2025. (See

doc. no. 9.)  The time to respond has passed, and Plaintiff has not submitted the documents required by the Court's April 2nd and May 14th Orders.  Nor has he provided the Court with any explanation why he has not complied.

Plaintiff cannot proceed IFP unless he submits the requisite Trust Fund Account Statement and consents to collection of the entire $350.00 filing fee in installments.  Wilson v. Sargent, 313 F.3d 1315, 1319, 1321 (11th Cir. 2002) (citing 28 U.S.C. § 1915).  Plaintiff has been warned that failing to return the necessary IFP papers would be an election to have his case voluntarily dismissed.  (See doc. no. 7, p. 4.)  As Plaintiff has neither fulfilled the requirements for proceeding IFP, nor paid the full filing fee, the Court **REPORTS** and **RECOMMENDS** this case be **DISMISSED** without prejudice and this civil action be **CLOSED**.

SO REPORTED and RECOMMENDED this 2nd day of July, 2025, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA