IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| BRIAN ROBERTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 325-032 |
| | ) | |
| KOCHELLE WATTSON, Warden; | ) | |
| WILLIE CARR, Deputy Warden; | ) | |
| CHABARA C. BRAGG, Deputy Warden; | ) | |
| and TIFFANY SAILEM, Unit Manager of | ) | |
| Medical, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Plaintiff was incarcerated at Johnson State Prison when he commenced the above-captioned case *pro se* and requested permission to proceed *in forma pauperis* ("IFP"). On April 2, 2025, the Court directed Plaintiff to return his Prisoner Trust Fund Account Statement and Consent to Collection of Fees forms within thirty days and advised Plaintiff all prisoners, even those proceeding IFP, must pay the filing fee of $350.00 in full. (See doc. no. 7, pp. 1-3); 28 U.S.C. § 1915(b)(1). After Plaintiff submitted a change of address, on May 14, 2025, the Court directed the Clerk to serve Plaintiff with another copy of the Order granting permission to proceed IFP and the requisite paperwork at his new location, Riverbend Correctional Facility. (See doc. nos. 8, 9.) The Court also extended the deadline to return the IFP paperwork through and including June 13, 2025. (See doc. no. 9.)

When the extended time to respond had passed without a response from Plaintiff, on July 2, 2025, the Court recommended dismissing the case without prejudice. (See doc. no. 10.) Prompted by the recommendation for dismissal, Plaintiff has now submitted the requisite

IFP paperwork. (See doc. nos. 12, 13.) Although the Court does not condone Plaintiff's failure to timely comply with the Court's prior Orders, in an abundance of caution, the Court **VACATES** the July 2, 2025 recommendation for dismissal. (Doc. no. 10.)

As Plaintiff has now furnished a certified copy of his trust fund account statement and has consented to the collection in installments of the $350.00 filing fee and any costs from his prison trust account, and based on the information furnished by Plaintiff, the Court has determined that he has insufficient funds to pay any initial filing fee.

**IT IS ORDERED** that Plaintiff's custodian or his designee shall set aside twenty percent (20%) of all deposits to Plaintiff's trust fund account and forward those funds to the Clerk each time the set aside amount exceeds $10.00 until the $350.00 filing fee has been paid in full.

**IT IS FURTHER ORDERED** that all payments shall be designated as made in payment of the filing fee for Civil Action No. 325-032. In the event Plaintiff is transferred to another institution, Plaintiff's present custodian shall forward a copy of this Order and all financial information concerning payment of the filing fee and costs in this case to Plaintiff's new custodian. The balance due from Plaintiff shall be collected by the custodian at his next institution in accordance with the terms of this Order.

The Clerk of Court is **DIRECTED** to serve this Order on Plaintiff and Plaintiff's custodian (warden).

SO ORDERED this 8th day of August, 2025, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA