IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| BRIAN ROBERTS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 325-032 |
| KOCHELLE WATTSON, Warden;<br>WILLIE CARR, Deputy Warden;<br>CHABARA C. BRAGG, Deputy Warden;<br>and TIFFANY SAILEM, Unit Manager of Medical, | ) ) ) ) ) ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** the motions for injunctive relief, (doc. nos. 14-1, 14-2, 16-1, 16-2), **DENIES** as **MOOT** the motions for appointment of counsel, (doc. nos. 15, 21), **DISMISSES** this case without prejudice, and **CLOSES** this civil action.[1]

SO ORDERED this ___8th___ day of September, 2025, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The second motion for appointment of counsel signed by Plaintiff on August 4, 2025, did not reach the Court until after entry of the recommendation for dismissal, (see doc. nos. 19, 21), but as with the first motion for appointed counsel, it is properly denied as moot.